✎AO ___      Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

NORTHERN    District of    NEW YORK

UNITED STATES OF AMERICA

ORDER AND AMENDED JUDGMENT REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

**V.**

DANE SIMPSON

Case Number: 1:00-cr-69-003 (DNH)
USM Number: 10047-052
Alexander Bunin, Esq.
Defendant's Attorney

Date of Previous Judgment: June 29, 2001
(Use Date of Last Amended Judgment if Applicable)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 151 months **is reduced to 121 months**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 33                     Amended Offense Level: 31
Criminal History Category: II                  Criminal History Category: II
Previous Guideline Range: 151 to 188 months    Amended Guideline Range: 121 to 151 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (**explain**):_____
_____
_____
_____

**III. ADDITIONAL COMMENTS**
_____
_____

Except as provided above, all provisions of the judgment dated June 29, 2001 shall remain in effect.
**IT IS SO ORDERED**.

April 25, 2008
Order Date

_____
Effective Date (if different from order date)

David N. Hurd
District Judge